# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MICHAEL DEWAYNE HELLUMS**  PLAINTIFF

v.  No. 3:17-cv-220-DPM

**KARA BLACK, LPN, and**
**J. PHILLIPS, Jailer, Craighead County Jail**  DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Hellums hasn't paid the filing fee or filed an application to proceed *in forma pauperis*; and the time to do so has passed. № 3. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

3. An *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

29 September 2017