IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL DEWAYNE HELLUMS                                    PLAINTIFF

v.                       No. 3:17-cv-220-DPM

KARA BLACK, LPN, and
J. PHILLIPS, Jailer, Craighead County Jail                 DEFENDANTS

## JUDGMENT

Hellums's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

29 September 2017